UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HASANAE KIRBY,

Defendant.

**AMENDED ORDER**

26 Cr. 0048 (ER)

Ramos, D.J.:

The Federal Defender assigned to this case, Martin Cohen, is hereby ordered substituted and

the representation of the defendant in the above captioned matter is assigned to **Michael W. Martin**.

SO ORDERED.

Dated:  New York, New York
        February 13, 2026

_____
Edgardo Ramos, U.S.D.J.