LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

# MEMO ENDORSED

March 16, 2026

**VIA EMAIL AND ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Kirby,* 26 Cr. 48 (ER)

> The status conference presently scheduled for March 18, 2026, is adjourned to April 15, 2026, at 10 a.m.  Speedy trial time is excluded from March 18, 2026 until April 18, 2026, in the interest of justice.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:   3/16/2026
> New York, New York

Your Honor:

    We represent Mr. Hasanae Kirby in this action and write to request a four-week adjournment to the status conference now scheduled for Wednesday, March 18th, 2026, at 11:30 AM.  We need additional time to review the discovery, which will include an additional batch we expect to receive from the government today or tomorrow. A thirty-day adjournment would give counsel time to analyze the material and discuss it with Mr. Kirby.

    We have discussed this matter with AUSA Diarra Guthrie, and the government has no objection to the request.  We would consent to time being excluded under the Speedy Trial Act until the adjourned date of the conference.  This is our first request to adjourn the status conference.  We understand from Chambers that Wednesday April 15th at 10:00 AM would be available as an adjournment date.

    Thank you for your consideration.

Respectfully submitted,

/s/

Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Counsel for Hasanae Kirby*

*On the submission:*
    Matt Gillam
    Lenny Lenahan
    Patrick Scariano
    Sam Sinutko
    *Legal Interns*

cc:    Diarra Guthrie
       Assistant United States Attorney (S.D.N.Y.)
       By Email and ECF