**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

## MEMO ENDORSED

April 14, 2026

<u>**VIA EMAIL AND ECF**</u>
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Kirby,* 26 Cr. 48 (ER)

Your Honor:

> The status conference presently scheduled for April 15, 2026, is hereby adjourned to May 21, 2026, at 4 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated:  4/15/2026
> New York, New York

We represent Mr. Hasanae Kirby in this action.  With the Government's consent, we write to request that our status conference currently scheduled for Thursday, April 16th, at 2:30pm, be adjourned to Thursday, May 21, 2026 at 4:00pm, which Chambers has informed us is available. We expect to receive electronic discovery from the government shortly, and the adjournment would allow counsel to analyze the material and discuss it with Mr. Kirby.

We would consent to time being excluded under the Speedy Trial Act until the adjourned date of the conference.  This is our second request to adjourn the status conference.

Thank you for your consideration.

Respectfully submitted,

/s/

Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Counsel for Hasanae Kirby*

*On the submission:*
        Matt Gillam
        Lenny Lenahan
        Patrick Scariano
        Sam Sinutko
        *Legal Interns*

cc:    Diarra Guthrie
        Assistant United States Attorney (S.D.N.Y.)
        <u>By Email and ECF</u>