LINCOLN SQUARE LEGAL SERVICES, INC.
Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023
Tel 212-636-6934
Fax 212-636-6923

# MEMO ENDORSED

September 2, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The status conference is adjourned to November 12, 2026, at 3:30 p.m. Speedy trial time is excluded from September 9, 2026 until November 12, 2026, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/4/2026
New York, New York

Re: *United States v. Kirby*, 26 Cr. 48 (ER)

Your Honor:

We represent Mr. Hasanae Kirby in the above-captioned proceeding. We write to request that the status conference, currently scheduled for Wednesday, September 9, 2026, at 10:30 am, be adjourned for approximately sixty days, to a time convenient for the Court. Counsel is still reviewing discovery and discussing potential dispositions with the Government.

We have discussed this matter with AUSA Diarra Guthrie, and the government has no objection to the request. We would consent to time being excluded under the Speedy Trial Act until the adjourned date of the conference. This is our fifth request to adjourn the status conference for similar reasons and the prior requests were granted.

Thank you for your consideration.

Respectfully submitted,

*/s/ Michael W. Martin*

Michael W. Martin, Esq.
Molly K. Webster, Esq.
Lincoln Square Legal Services, Inc.
*Counsel for Hasanae Kirby*

*On the submission:*
Isabel Bartmann
Josh Greenzeig
Emmie McCabe
Hugh McMahon
*Legal Interns*

cc: Diarra Guthrie
Assistant United States Attorney (S.D.N.Y.)