MEMO ENDORSED

LINCOLN SQUARE LEGAL SERVICES, INC.
Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023
Tel 212-636-6934
Fax 212-636-6923

November 9, 2026

The status conference is adjourned to December 9, 2026 at 11:00 a.m. Speedy trial time is excluded from November 12, 2026 until December 9, 2026, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/9/2026
New York, New York

Via ECF
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Court House
40 Foley Square
New York, NY 10007

***Re*: *United States v. Kirby*., No. 26 CR. 49 (ER) (S.D.N.Y.)**

Dear Judge Ramos:

We represent Defendant Hasanae Kirby in the above-captioned case. With the Government's consent, we write to respectfully request an adjournment of the status conference currently scheduled for November 12, 2026, to December 9, 2026 at 11:00a.m., which Chambers has alerted us is a time the Court is available.

Since the last conference, the parties have continued to confer regarding potential pre-trial resolutions to this case. The additional time will allow defense counsel to complete the review of discovery with Mr. Kirby and allow the parties to continue their discussions. This is the sixth request for an adjournment of this conference.

The defense also consents to the exclusion of time under the Speedy Trial Act from November 12, 2026 through December 9, 2026.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/
Michael W. Martin
Lincoln Center Legal Services, Inc.
*Counsel for Plaintiff*

cc: Assistant US Attorney Diara Guthrie. (via ECF and Email)